UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-661 JMR/RLE

| | | |
|---|---|---|
| SANDRA A. HENDRICKSON,<br><br>Plaintiff,<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **AMENDED PRETRIAL SCHEDULE** |

Pursuant to the Joint Motion to Amend Pretrial Schedule, and no hearing thereon being necessary, and for good cause shown, it is hereby

**ORDERED** that the Pretrial Schedule dated August 14, 2001, shall be amended as follows:

1. All discovery shall be completed by September 1, 2001;

2. Nondispositive motions shall be filed and served by September 15, 2001; and

3. This matter shall remain ready for trial on and after September 1, 2001 or 30 days after the ruling on any dispositive motion.

Dated: JUL 25 2001

Raymond L. Erickson
RAYMOND L. ERICKSON
United States Magistrate Judge

FILED JUL 25 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK