**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| SANDRA A. HENDRICKSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITES STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 00-661 JMR/RLE |

## ORDER AMENDING BRIEFING SCHEDULE

Upon the annexed Stipulation made by and between attorneys for Plaintiff and Defendant,

IT IS ORDERED:

1. The briefing schedule for Defendant's Motion for Summary Judgment is hereby amended as follows:

   a. Plaintiff shall submit her responsive briefing materials on or before August 3, 2001.

   b. Defendant shall serve its reply briefing materials and file all the summary judgment materials on or before August 17, 2001.

Dated: July 31st, 2001 By the Court:

Honorable James M. Rosenbaum
United States District Court Judge

FILED RICHARD D. SLETTEN, CLERK AUG 02 2001
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

COPY

SANDRA A. HENDRICKSON,

Plaintiff,

v.

UNITES STATES OF AMERICA,

Defendant.

Case No. 00-661 JMR/RLE

**STIPULATION TO AMEND BRIEFING SCHEDULE**

Pursuant to local rules, the parties have agreed that the Briefing Schedule for Defendant's Motion for Summary Judgment be amended to allow the Plaintiff to serve her responsive briefing materials on or before August 3, 2001, and Defendant to serve its reply briefing materials and file all summary judgment motion materials on or before August 17, 2001.

Dated: 7/19/01

**ORMAN & NORD LAW OFFICES**

Patrick M. Spott #18178X
Nancy von Seggern #281268
Attorneys for Plaintiff
1301 Miller Trunk Highway, Suite 400
Duluth, MN 55811
218/722-1000

Dated: 7/20/01

**UNITED STATES ATTORNEY**

Friedrich A. P. Siekert #142013
Assistant U.S. Attorney
Attorney for Defendant
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612/664-5600

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500